THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CIV LR 7.1(a)(1),
(Rule Number/Section)

FRONT: PAGE PETITION FOR WRIT OF HABEAS CORPUS

To U.S DISTRICT COURT

CIV 10 2307 PHX NVW LOA

PETITIONER: SIMMONS IS FILING THIS PETITION IN YOUR COURT BECAUSE, "PROSECUTOR APRIL SPONSEL" NEVER RESPONDED TO MOTION FOR FAST & SPEEDY TRIAL VIOLATION FILED JUNE 14TH 2010"

& VIOLATION RULE 35.1 & SUPERIOR COURT JUDGE PAUL MCMURDIE DENIED MOTION TO DISSMISS CHARGES BECAUSE OF FAST & SPEEDY TRIAL VIOLATION WITHOUT A "REASON WHY" on 6-29-2010, & VIOL OF RULE 35.1 CRIM PROC

THE STATE & THE SUPERIOR COURT, BOTH HAVE DEFAULTED ON THIS ISSUE OF 6TH AMEND RIGHT TO FAST & SPEEDY TRIAL

THE FAST & SPEEDY TRIAL RULES PERTAINING TO COMPLEX CASES UNDER "8.2 IS 270" DAYS TO BE TRIED, BUT PETITIONER HAS NOW BEEN IN CUSTODY OVER 330 DAYS AFTER HIS INITIAL APPEARENCE IN THIS CASE

SO PETITIONER ASK THAT DISTRICT COURT ORDER PETITIONER TO BE EMEDIATELY RELEASED, OR HAVE PROSECUTOR APRIL SPONSEL SHOW CAUSE AS TO WHY PETITIONER SIMMONS SHOULD NOT BE RELEASED ✗

"PLEASE READ FOLLOWING PAGES"

FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 27 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ P DEPUTY

CLERK U.S DISTRICT COURT
DISTRICT OF ARIZONA

※1.

Booking
Curtis Simmons #P613918 ) CR 2010005426 029DT
           Petitioner      ) "Petition For writ of"
      V.S                  ) Habeas Corpus
April Sponsel              )
           Respondent      ) Police Report, number, 20099197654

To the Superior Court of Arizona & the County of Maricopa ※ Petitioner Curtis Simmons, petitions ※ for writ of Habeas Corpus, as follows: "This Court has jurisdiction because it is in the Superior Court where Petitioner is being charged with crimes" & being denied his Constitutional & Procedural Rights." ※

Petitioner is currently being held, at the 4th Ave Maricopa County Jail as prisoner number ※ P613918 by the Respondent & Prosecutor April Sponsel

Petitioner ※ Simmons was arrested December, 15th, 2009, because under cover police officer Baby Ryan "alleged" that some "unknown black female" told him & his partner Compos that Simmons was selling drugs out of his vehicle at a night club.

OFFICERS SEARCHED PETITIONER'S VEHICLE WITHOUT A WARRANT &
*2. WITHOUT HIS CONSENT, ALLEGING THEY FOUND DRUGS * BUT
UNKNOWN BLACK FEMALE HAS NOT BEEN SEEN OR HEARD
FROM SINCE * "4TH & 14TH AMEND VIOL"

SINCE PETITIONER'S ARREST THE COURT &
THE STATE HAS CONSTANTLY VIOLATED PETITIONERS RIGHTS
BUT PETITIONER, HAS NOT BEEN ABLE TO DO ANYTHING ABOUT *
IT, THEY ARE PRESENTLY VIOLATING MY FAST & SPEEDY TRIAL
RIGHTS; AS FOLLOWS

VIOLATIONS, IF THE COURT PETITIONERS AFTER CONSIDERING
THE EXCLUSION OF RULE 8.4 THAT A TIME LIMIT ESTABLISHED
BY RULE 8.2 (A) 8.2 (B) 8.2 (C) 8.2 (D) 8.3 (A) 8.3 (B) (2)
OR 8.3 (B) (3) HAS BEEN VIOLATED IT SHALL, ON MOTION OF
THE PETITIONER, OR ON ITS OWN INITIATIVE DISMISS
THE PROSECUTION WITH OR WITHOUT PREJUDICE
PETITIONER * SIMMONS WAS ARRESTED DECEMBER, 15, 2009
ON DRUG CHARGES DENIED RULE 5.1 ON THOSE DRUG CHARGES
DEC, 28, 2009 * ARRAIGNED ON THOSE CHARGES JAN, 5TH
2010 WITH AN ORIGINAL LAST DAY OF JUNE
3RD 2010

ACCORDING, TO RULE 8 * UNDER *
THE PROVISION OF THIS RULE * A PETITIONER MUST
RETRIED WITHIN A 150 DAYS OF HIS ARREST OR
SERVICE OF SUMMONS & ALSO WITHIN 120 DAYS OF HIS
INITIAL APPEARANCE,

**※ 3.** OR WITHIN 90 DAYS OF HIS ARRAIGNMENT A TRIAL WITHIN THE SHORTER OF THE TWO LATTER DATES IS MANDATED WHEN THE PETITIONER IS IN CUSTODY "STATE V. ROSE" (1978) 121 ARIZ 131, 589 P 2D5 CRIMINAL LAW 577, 1511)

THE RIGHT TO SPEEDY TRIAL IS BOTH CONSTITUTIONAL & STATUTORY SNYDER V. DONATO (APP DIV 1 2005) 211 ARIZ 17, 118 P 3D 632 CRIMINAL LAW 577

PETITIONER ※ SIMMONS HAS BEEN IN CUSTODY ON THIS CASE SINCE "DECEMBER 15TH, 2009"※

& PETITIONER ※ SIMMONS HAS NEVER WAIVED ANY TIME IN THIS CASE

BUT THE STATE DIDN'T TAKE PETITIONER SIMMONS TO TRIAL WITHIN A "120 DAYS" OF HIS INITIAL APPEARENCE OR 90 DAYS AFTER HIS ARRAIGNEMT AS REQUIERD "BY LAW"

INSTEAD THE STATE PUT ※ PETITIONER SIMMONS IN A "COMPLEX CASE" THAT TOOK PLACE ALLMOST TWO MONTHS AFTER HE WAS ARRESTED WITH A GROUP OF PEOPLE THAT HAD ABSOLUTELY NOTHING TO DO WITH THE REASON WHY HE WAS ARRESTED ※

#4. "By indicting petitioner on Jan, 26, 2010 with false charges of Money laundering & Assisting a Criminal Street Gang allegations, with absolutely no evidence & the state has not yet produced any evidence to support these false charges, * now petitioner must wait 270 days to be brought to Trial"

According to the Rules pertaining to "Complex Cases" under Rule 8.2 *

The Constitutional Right to Speedy Trial is triggered by either Formal Indictment Information or Actual Restraint of Arrest "State v. Soto" (1977) 117 Ariz 345, 572 P 2D 1183 Criminal

"On October 3rd 2010" Defendant Simmons will have been * in Custody for 270 days" after his arraignment & 290 days after his initial appearence in this case"

Defendant * Simmons had been in Custody on this case for 150 Days after arraignment" on June 2nd 2010" & 170 days after his initial appearence, He filed a motion to Dismiss Charges Because of Fast & Speedy Viol But it was Dismissed 6-29-2010, By Judge Paul McMurdie without a reason why" Rule 3.5.1 Viol, Prosecutor April Sponsel never responded to Speedy Trial motion Rule 3.5.1 Viol, also "procedural default"

**5.** SPEEDY TRIAL PERIOD BEGAN TO RUN WHEN PETITIONER SURRENDERD RATHER THAN WHEN INDICTMENT WAS ISSUED "STATE V ACINELLI" (APP DIV 1 1997) 191 ARIZ 66, 952 P2d 304

THIS ※ PROVES, THAT PETITIONER SIMMONS FAST & SPEEDY TRIAL RIGHTS HAVE BEEN "TWICE VIOLATED"

PETITIONER NEED NOT DEMAND A SPEEDY TRIAL PRIOR TO MAKING A MOTION TO DISSMISS FOR LACK OF SPEEDY TRIAL "STATE V LEE" (APP DIV 1 1975) 25 ARIZ APP 220 542 P 2D 413 CRIMINAL LAW 577 10 (10)

QUESTION OF WHETHER PETITIONERS, RIGHT TO FAST & SPEEDY TRIAL WAS VIOLATED MUST BE CONSIDERED FROM ※ COMMONSENSE VIEWPOINT "STATE V. OWEN" (1973) 112 ARIZ 223 540 F2D 695 CRIMINAL LAW 577.4

PETITIONER SIMMONS HAS BEEN IN CUSTODY ON THIS CASE WAY PAST THE 270 DAYS REQUIERD BY LAW PERTAINING TO COMPLEX CASES UNDER RULE 8.2

FAST & SPEEDY TRIAL RIGHTS HAVE BEEN TWICE VIOLATED IN THIS CASE"

✳ 6. WHEREFORE ✳ THE PETITIONER ASK THAT THIS COURT ORDER, THE CLERK OF THIS COURT TO ISSUE A WRIT OF HABEAS CORPUS DIRECTING THE RESPONDENT ✳ APRIL SPONSEL COUNTY PROSECUTOR" TO HAVE "CURTIS SIMMONS BEFORE THIS COURT AT A TIME & PLACE CERTAIN ✳ TO SHOW CAUSE WHY PRISONER SHOULD NOT BE RELEASED ✳

RESPECTFULLY
SUBMITTED
THIS 24TH DAY OF OCTOBER
2010
PETITIONERS
SIGNATURE
Curtis Simmons

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO, SHERIFF

## CERTIFICATION

I hereby certify that on this date     **October 25, 2010**

I ____ filed  √  mailed the original and one (1) copy to the Clerk of the

√  United States District Court, District of Arizona.

√  Hon _____ United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ _____

___ _____

___ _____

*[signature]*
INMATE LEGAL SERVICES
Maricopa County, Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6

06/02/08

MARICOPA COUNTY SHERIFF'S OFFICE
INMATE LEGAL SERVICES
201 S. 4th AVENUE
PHOENIX, AZ 85003
P613918

Phoenix MPA 850
TUE 26 OCT 2010 PM

RECEIVED
OCT 27 2010
RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Clerk of United States District Court
United States District Court House
401 W. Washington St.
Suite 130 SPC 1, U.S. Court House
Phoenix, AZ 85003